IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

   Plaintiff,

v.         Criminal No. 11-1670 JCH

ROSEMARY CHAVEZ,

   Defendant.

## ORDER AMENDING ORDER SETTING CONDITIONS OF RELEASE

THIS MATTER HAVING COME before this Court upon Defendant's unopposed motion to amend conditions of Release for Defendant to change residence (Doc.302), this Court, having reviewed said motion, understanding its premises and there being no objections from the United States or United States Pretrial Services,

HEREBY FINDS that said motion is well-taken and granted, and

HEREBY ORDERS that the August 23, 2011 Order Setting Conditions of Release (Doc.56) and November 21, 2012 Order Amending Order Setting Conditions of Release (Doc.288) are amended as follows:

1. Defendant shall only reside at Casa Bonita Apartments, 4528 Carlisle N.E., #68, Albuquerque, New Mexico  87109, amending the condition of her release for her to reside at the residence

1

of Hugo Hernandez, 3135 Comanche N.E., #661, Albuquerque, New

Mexico.

    2.  Defendant shall comply with all other conditions of

release in the August 23, 2011 Order.

    DATED this 21st day of December, 2012.


_____
THE HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE

APPROVED BY:

/s/ Todd Hotchkiss
TODD HOTCHKISS
FRECHETTE & ASSOCIATES, P.C.
Attorney for ROSEMARY CHAVEZ


No opposition on December 21, 2012
NICHOLAS GANJEI
ASSISTANT UNITED STATES ATTORNEY


No opposition on December 21, 2012
JOHN LOVATO
UNITED STATES PRETRIAL SERVICES